**Order entered March 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00281-CV

### IN RE INVASIX, INC., Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17175**

## ORDER

Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus and **LIFT** the Court's March 8, 2019 stay order.

/s/     DAVID L. BRIDGES
          JUSTICE